BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Direct:     (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States Postal Service

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KENOYER,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>   Defendant. | CASE NO.:2:10-CV-01858 EFB<br><br>**STIPULATION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES; AND ORDER** |

   Plaintiff, by and through his attorney of record, and the United States, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for initial disclosure of experts from July 1, 2011, to July 25, 2011, and the deadline for rebuttal expert disclosures from August 1, 2011, to August 12, 2011.  The parties respectfully ask for this extension of these expert disclosure dates in light of the fact that the fact discovery (as well as expert discovery) does not close until September 1, 2011, and one or both of the parties may engage in additional discovery that would be beneficial to any retained experts.  The parties do not seek, and will not seek, an extension of the September 1, 2011 deadline by which discovery must be completed.

////

////

STIPULATION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| Date: | June 29, 2011 | */s/ Edward Olsen*<br>EDWARD OLSEN<br>Assistant United States Attorney |
| Date: | June 29, 2011 | */s/ Brett Rosenthal*<br>BRETT E. ROSENTHAL<br>FRANK LAW GROUP, P.C.<br>Attorneys for Plaintiff |

### ORDER

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Date: June 30, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES